IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
JACOB TREMAIN COVINGTON,        )
                                )
            Plaintiff,          )
                                )
     v.                         )    1:23-cv-622
                                )
UNKNOWN PERSONS AT THE          )
FEDERAL MEDICAL CENTER,         )
                                )
            Defendants.         )
```

**ORDER**

On October 30, 2023 the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 3, 4.) No objections were filed within the time prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 3), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing a new complaint, on the proper forms and in the proper district, which corrects the defects cited in the Magistrate Judge's Order and Recommendation.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 12th day of December, 2023.

_____
United States District Judge